# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-9055
Owner:  Horacio Solis, et. al.
Acres:  1.687

**Being** a 1.687 acre tract (73,476 sq ft) parcel of land, more or less, being out of a called 8.000 acres, calculated as 8.047 acres being in, Abstract 145, Porcion No. 95, Share 72, Tract 162, in Starr County, Texas conveyed to Horacio Solis, ET Al, Volume 743, Page 46 as the fourth tract. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S09°59'14"W a distance of 3032.16 feet to a found 1/2" iron rod at the Northwest corner of the Horacio Solis, ET AL tract, Volume 743, Page 46 and on the East line of Porcion 94 and the West line of Porcion 95, for the **Point of Commencement,** having the following coordinates: N=16620105.40, E=935424.36.

**Thence:** S07°11'25"E departing said property line, departing said Porcion line, a distance of 983.95 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9055-1=9057-1, for the **Point of Beginning,** having the following coordinates: N=16619129.19, E=935547.51, said point being on the West line of the Benito Medeles, JR ET AL tract, Volume 570, Page 165 and on the East line of the Horacio Solis, ET AL tract, Volume 743, Page 46 and on the Northern boundary of the parcel herein described.

**Thence:** S09°17'00"W along said property line, departing said Northern boundary, a distance of 217.11 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9055-2=9056-4A=9057-5 for angle, said point being the Southeast corner of the Horacio Solis, ET Al tract, Volume 743, Page 46 and the Southwest corner of the Benito Medeles, JR ET AL tract, Volume 570, Page 165 and on the North line of the Rene Martinez JR. & Rodolfo Martinez tract, Volume 1134, Page 813;

**Thence:** S65°46'04"W along the South line of the Horacio Solis, ET Al tract, Volume 743, Page 46 and the North line of the Rene Martinez JR. & Rodolfo Martinez tract, Volume 1134, Page 813, a distance of 171.64 feet, passing a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9055-3=9056-4, a total distance of 335.32 feet to a point, for angle, said point being on the Southern boundary of the parcel herein described;

### SCHEDULE C (Cont)

**Thence:** N09°14'13"E along said property line, along said Porcion line, departing said Southern boundary, passing a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9053-3=9055-4 at 44.47 feet, to an existing 15 foot wide gravel road known as Grulla Main St., a distance of 184.34 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9053-2=9055-4A=9071-3 for a Point on Line, said point being the Southeast corner of the Amalia Trevino Barrera De Ramirez, ET AL tract, Volume 1508, Page 752 and the Northeast corner of the U.S. Fish and Wildlife Service Tract 534, Volume 708, Page 518 and on the West line of the Horacio Solis, ET AL tract, Volume 743, Page 46;

**Thence:** N09°14'13"E along the East line of the Amalia Trevino Barrera De Ramirez, ET AL tract, Volume 1508, Page 752 and the West line of the Horacio Solis, ET AL tract, Volume 743, Page 46, along said Porcion line, along said gravel road, a distance of 123.82 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9055-5-=9071-2, for angle, said point being on the Northern boundary of the parcel herein described;

**Thence:** N80°41'43"E departing said property line, departing said Porcion line, departing said gravel road, along said Northern boundary, a distance of 295.22 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



**SCHEDULE D (Cont)**



## SCHEDULE D (Cont)



**GENERAL SURVEYORS NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999728172 (E.G. GRID X (1/0.9999728172) = SURFACE).

2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.

3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.

4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.

5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.

6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JANUARY 13, 2020 (TICKET NO. 2051368598).

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-9055-1=9057-1 | 16619129.19 | 935547.51 | | |
| L1 | | | | 217.11' | S09°17'00"W |
| P2 | RGV-RGC-9055-2=9056-4A=9057-5 | 16618914.92 | 935512.49 | | |
| L2 | | | | 171.64' | S65°46'04"W |
| P3 | RGV-RGC-9055-3=9056-4 | 16618844.48 | 935355.97 | | |
| L3 | | | | 144.02' | S80°41'43"W |
| P4 | RGV-RGC-9053-3=9055-4 | 16618821.19 | 935213.85 | | |
| L4 | | | | 139.86' | N09°14'13"E |
| P5 | RGV-RGC-9053-2=9055-4A=9071-3 | 16618959.24 | 935236.30 | | |
| L5 | | | | 123.82' | N09°14'13"E |
| P6 | RGV-RGC-9055-5=9071-2 | 16619081.46 | 935256.18 | | |
| L6 | | | | 295.22' | N80°41'43"E |

| SHEET NO. | METES & BOUNDS SURVEY | | | | |
|---|---|---|---|---|---|
| 5 OF 5 | HORACIO SOLIS, ET AL | | |  |  |
| | TRACT NO. RGV-RGC-9055 | | | | US Army Corps |
| | STARR COUNTY          TEXAS | | | | of Engineers |

EMC, INC. PROJECT NO.: 19036

# SCHEDULE E

**<u>SCHEDULE E</u>**

<u>ESTATE TAKEN</u>

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY THOUSAND DOLLARS AND NO/100 ($20,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States.  See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Unknown Heirs of Marcos Solis**<br><br>**Unknown Heirs of Roberto Solis** | Final Judgment, Document No. 1940-15492, recorded on December 18, 1940, in the Public Records of Starr County, Texas. |
| **Horacio Solis**<br><br>Freeport, TX | Warranty Deed, Document No. 1969-74683, recorded on December 5, 1969, in the Public Records of Starr County, Texas. |
| **Antoni J. Castro, Life Estate**<br><br>Bastrop, TX | Warranty Deed, Document No. 1970-75372, recorded on March 25, 1970, in the Public Records of Starr County, Texas. |
| **Raul Javier Reyes**<br><br>Smithville, TX | Warranty Deed, Document No. 1970-76965, recorded on December 2, 1970, in the Public Records of Starr County, Texas. |
| **Jorge H. Reyes**<br><br>McDade, TX | Warranty Deed, Document No. 1973-82723, recorded on April 5, 1973, in the Public Records of Starr County, Texas. |
| **Isaac J. Reyes**<br><br>Bastrop, TX | Warranty Deed, Document No. 1979-100574, recorded on June 13, 1979, in the Public Records of Starr County, Texas. |
| **Jerardo Reyes**<br><br>Bastrop, TX | Deed of Gift, Document No. 1986-134780, recorded on September 8, 1986, in the Public Records of Starr County, Texas. |
| **Erasmo Solis**<br><br>Rio Grande City, TX | Deed of Gift, Document No. 1991-157981, recorded on August 12, 1991, in the Public Records of Starr County, Texas. |
| **Zulema Solis**<br><br>Rio Grande City, TX | Surface Warranty Deed, Document No. 1995-182375, recorded on December 5, 1996, in the Public Records of Starr County, Texas. |

**Juanita Bazan Solis**

████████████
Garciasville, TX ████

**Isaac Solis, III**

████████████
Victoria, TX ████

**Laura Solis**

████████████████
El Campo, TX ████

**Unknown Heirs of Victor Solis**

**Lorena Solis**

████████████████████
Stafford, TX ████

**Marcos Solis**

████████████
Garciasville, TX ████

**Lisa Solis**

████████████
Garciasville, TX ████

**Maria Elena Solis Buentello**

████████████████
Altus, OK ████

**David Solis**

████████████████
Rio Grande City, TX ████

**Esther Olivia Solis Barger**

████████████████
Denton, TX ████

**Irasema Solis Brazell**

████████████████
Edmund, OK ████

**Ana Liza Solis**

████████████
Garciasville, TX ████

**Imelda Solis Garza**
██████████
Rio Grande City, TX███

**Miguel Juan Fraga**
██████████
Bakersfield, CA ██████

**Susanna Torres Cortines**
██████████
Alvin, TX ███

**Jesse Torres**
██████████
Bakersfield, CA ███

**Odilia Torres Toscano**
████████
Bakersfield, CA ██████

**Ana Maria Torres**
████████
Bakersfield, CA ███

**Olivia P. Carmignani**
██████████
Bakersfield, CA ██████

**Conrado Acevedo Jr.**
████████
Houston, TX ███

**Olga Acevedo**
██████████
Houston, TX ███

**Marta Solis**
████████
Clute, TX███

**Jessica Acevedo**
████████
Clute, TX ███

**Crystal L. Acevedo**



Clute, TX

**Christopher Acevedo**

Clute, TX

**Oralia Acevedo**

Richmond, TX

**Eduardo Acevedo**

Mission, TX

**Eleazar Acevedo**

Houston, TX

**Mario Acevedo**

Holland, MI

**Enedelia Acevedo Rubalcava**

Palmview, TX

**Rosalinda Acevedo**

Mission, TX

**Rene Acevedo**

Holland, MI

**Lauro Acevedo, Jr.**

Mahomet, Il.

**Becky Ann Acevedo Reynoso**

Mission, TX



**Edward Asebedo**

Roscoe, TX

**Lidia Acevedo Garcia**

Levelland, TX

**Amalia Zamudio**

Angleton, TX

**John Acevedo**

Nampa, ID

**Yolanda Guerra Lara**

Mathis, TX

**Ismael Guerra**

Mission, TX

**Manuel Guerra**

Pearl, MI

**Argelio Gonzalez**

Mission, TX

**Jessica Gonzalez**

Rosharon, TX

**Pablo Gonzalez**

Penitas, TX

**Esteban Acevedo**

Mission, TX

| | |
|---|---|
| **Esmeralda Acevedo Treviño**<br>█████████<br>  Haltom City, TX  ████<br><br>**Sebastian Canales**<br>█████████████<br>  Edinburg, TX  ████<br><br>**Unknown Heirs of Lucinda Solis**<br><br>**Unknown Heirs of Emma Solis**<br><br>**Unknown Heirs of Herlinda Solis Balderas**<br><br>**Unknown Heirs of Salvador Solis Jr.**<br><br>**Jose Raul Solis**<br>██████████<br>  Rio Grande City, TX ██████<br><br>**Elvira Solis**<br>██████████<br>  Rio Grande City, TX ████████<br><br>**Israel Solis**<br>█████████████<br>  Edinburg, TX ██████<br><br>**Belia Solis**<br>██████████<br>  Rio Grande City, TX ██████<br><br>**Alfredo Solis**<br>████████████<br>  Penitas, TX ██████ | |
| **Ameida Salinas**<br>Starr County Tax Assessor & Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, TX  78582 | Property ID No. 25433 |